Frank Szilvasy, appellee, v. Stern-Smith Company, appellant. Gen. No. 25,592.

Action to recover wages and money expended for benefit of defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed May 3, 1920.

Michael B. Roderick, for appellant. G. A. Buresh, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Alexander Werner, appellee, v. Chicago Surgical & Electrical Company, appellant. Gen. No. 25,697.

Action to recover commissions earned by sale of corporate stock. Judgment for plaintiff. Appeal from the Municipal Court of Chicago, the Hon. Dennis W. Sullivan, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed May 3, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Arthur E. Nelson and William J. King, for appellant. Jeffery, Campbell & Clark, for appellee; Charles V. Clark, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

H. L. Drinkwater, appellee, v. Max Spiegel et al., appellants. Gen. No. 25,611.

Action to recover amount paid for stock of corporation not duly incorporated. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed May 3, 1920.

Lefkow & Lefkow, for appellants. Luther F. Binkley, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

The People of the State of Illinois by Maclay Hoyne, appellant, v. Chicago Motor Bus Company, appellee. Gen. No. 25,797.

Quo warranto to try right to operate passenger motor busses on boulevards and parkways. Information dismissed. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed May 3, 1920.

Maclay Hoyne, for appellant; John W. Beckwith, W. W. DeArmond and Edmund S. Cummings, of counsel. Fyffe, Ryner & Dale, for appellee; Colin C. F. Fyffe, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

In re estate of George F. Alroth, deceased, on appeal of William H. Alroth, administrator, appellant, v. Lizzie Schibilla, appellee. Gen. No. 25,182.

Claim in probate court on two notes. Appeal to circuit court. Judgment for claimant. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed May 28, 1920.

William Schwemm, for appellant. Martin C. Koebel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.